UNION INDEMITY COMPANY et al, *Plaintiff in Error*, v. CITY OF NEW SMYRNA, For the Use and Benefit of J. P. DAVIS, *Defendant in Error.*

En Banc.

Opinion filed December 22, 1928.

Petition for rehearing denied January 18, 1929.

*Robert H. Anderson,* for Plaintiff in Error;

*George I. Fullerton* and *Stewart & Stewart,* for defendant in error.

UNION INDEMITY COMPANY et al, *Plaintiffs in Error*, v. CITY OF NEW SMYRNA, For the Use and Benefit of J. P. DAVIS, *Defendant in Error.*

Division B.

Opinion filed December 22, 1928.

*Robert H. Anderson,* for Plaintiff in Error;